UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Apr 1  10 30 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

IRBY CONSTRUCTION         :

v.                        : NO. 3:01mc262 (JBA)

INTEGRATED CONTROL SYSTEMS :

### ENDORSEMENT ORDER [DOC. #13]

Defendant Integrated Control System's filed its Notice of Bankruptcy [doc. #13] on February 12, 2004 and this matter is therefore STAYED.

The parties shall file with the Clerk of the Court no later than August 12, 2004 Status Reports indicating the status of the pending voluntary petition for bankruptcy.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   March 29, 2004